[No. 12322–3–II.  Division Two.  September 22, 1989.]

DONALD ARENDS, ET AL, *Appellants,* v. RONALD
ROWLAND, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 86–2–02208–6, John N. Skimas, J., entered September 16, 1988. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Reed, J.

[No. 24456–6–I.  Division One.  September 25, 1989.]

ROBERT E. HORNE, ET AL, *Respondents,* v. HOWARD
MANUFACTURING COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–2–04047–0, Gerald L. Knight, J., entered June 23, 1989. *Reversed* by unpublished per curiam opinion.

[No. 22496–4–I.  Division One.  September 25, 1989.]

*In the Matter of the Marriage of* ROGER G.
HUNTER, *Appellant, and* JACQUELINE D.
HUNTER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85–3–09861–1, Sidney T. Rodabough, J. Pro Tem., entered May 27, 1988. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Swanson and Forrest, JJ.

[No. 22759–9–I.  Division One.  September 25, 1989.]

TARRELL HARRISON, *Respondent,* v. WESTERN PETERBILT
TRUCK COMPANY, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–25006–9, Edward Heavey, J., entered August 22, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman, C.J., and Pekelis, J.